YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF BROOKLYN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued June 3, 1930; decided June 13, 1930.)

*Arthur J. W. Hilly, Corporation Counsel (William H. King* and *Norman E. Gatens* of counsel), for appellant.

*Richard Ely, Howard O. Wood* and *Elliott W. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.